UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA CARLSON<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIDEPOINT, INC.,<br><br>　　　　Defendant. | No. 2:18-cv-02838-TLN-DB<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING EXTENSION OF TIME TO FILE ANSWER** |

This matter is a putative class action alleging improper contact by Defendant Sidepoint, Inc. ("Defendant") to the cell phone of Plaintiff Theresa Carlson ("Plaintiff") and others similarly situated, in violation of the Telephone Consumer Protection Act. (ECF No. 1 at 1–2.) The parties have filed a joint stipulation to extend Defendant's time to respond until December 27, 2018, so the parties can engage in settlement discussions at the earliest point. (ECF No. 4 at 2.)

Good cause appearing, the Court hereby **GRANTS** the parties' joint stipulation for an extension of time to December 27, 2018, for Defendant to file its response, (ECF No. 4).

IT IS SO ORDERED.

Dated: November 28, 2018

Troy L. Nunley
United States District Judge

1